**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                Plaintiff,

              -against-

JEROME STEVENS PHARMACEUTICALS, INC.,

                                Defendant.
-------------------------------------------------------------X

**AMENDED MEMORANDUM OF DECISION AND ORDER**
07-cv-02037-(ADS) (AKT)
07-cv-01985

**APPEARANCES:**

**UNITED STATES DEPARTMENT OF JUSTICE**
Attorneys for the Plaintiff
20 Massachusetts Avenue, Nw
Room 7200
Washington, DC 20530
        By:    David Michael Glass, Senior Trial Counsel

**FOX ROTHSCHILD LLP**
Attorneys for the Defendant
100 Park Avenue, Suite 1500
New York, NY 10017
        By:    John A. Wait, Esq., Of Counsel

**FOX ROTHSCHILD LLP**
Attorneys for the Defendant
2000 Market St
Tenth Floor
Philadelphia, PA 10193
        By:    Amy Purcell, Esq.,
                 William H. Stassen, Esq., Of Counsel

**SPATT, District Judge.**

On May 17, 2007, the United States of America (the "Government" or the "Plaintiff") filed a complaint against Jerome Stevens Pharmaceuticals (the "Defendant" or "Jerome"). The Government seeks an order, pursuant to Article 71 of the New York Civil Practice Law and Rules ("CPLR"), directing the Defendant to return a specific page of a Food and Drug Association ("FDA") memorandum ("page seven") that was allegedly inadvertently provided to the Defendant.

On January 29, 2008, this Court issued an Order granting the Government's motion for an order of seizure and directing the Defendant to "return page seven, all copies of page seven and all materials derived from page seven or containing information from page seven."

After a review of the Defendant's February 8, 2008 letter requesting clarification of this Court's January 29, 2008 Decision, the Court hereby amends that Decision as follows. The Defendant is directed to return or destroy page seven, all copies of page seven and all materials derived from page seven or containing information from page seven. Specifically, the Defendant may destroy, rather than return, materials derived from page seven or containing information from page seven, including attorney work product. The Defendant is directed to provide certification to the Government that all of the above information was destroyed.

**SO ORDERED.**

Dated: Central Islip, New York
       February 14, 2008

                                              /s/ Arthur D. Spatt
                                             ARTHUR D. SPATT
                                          United States District Judge